**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

ERLIN ANTOINE SANDERS,

Plaintiff,

v. CASE NO. 1:26cv163-RH-ZCB

FLORIDA CREDIT UNION,

Defendant.

_______________________________/

# ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice for failure to comply with an order of the court." The clerk must close the file.

SO ORDERED on November 1, 2026.

s/Robert L. Hinkle
United States District Judge